

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00040-CV

**FLEETA FANNETTE,**

**Appellant**

**v.**

**ROBERT FANNETTE, MARY A. FANNETTE**
**AND NANCY FANNETTE,**

**Appellees**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 11-001262-CVDA-272

## MEMORANDUM OPINION

Appellant, Fleeta Fannette, and appellees, Robert Fannette, Mary A. Fannette, and Nancy Fannette, have filed an agreed motion to dismiss this appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1)-(2). Dismissal of this appeal does not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed. Costs are assessed against the party incurring the same.

AL SCOGGINS
Justice

Before Chief Justice Gray,
Justice Davis, and
Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed December 20, 2017
[CV06]

